UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

MICHAEL NOWACK                                              Case No. 15-12231-PGH
CHERYL NOWACK                                               Chapter 13

       Debtor(s).
_____/

**DEBTOR'S MOTION TO COMPEL CREDITOR, MARBLE HOUSE STONE & DESIGN, INC., TO VACATE STATE COURT FINAL JUDGMENT AND FOR ACTUAL DAMAGES, SANCTIONS AND ATTORNEY'S FEES FOR WILLFUL VIOLATION OF 11 U.S.C. §362 AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING**

**COME(S) NOW** the Debtors, MICHAEL & CHERYL NOWACK, by and through the undersigned attorney, and moves this court to order creditor, MARBLE HOUSE STONE & DESIGN, INC. (Marble), to Vacate the State Court Final Judgment and award actual damages, sanctions and attorney's fees for willful violation of 11 U.S.C. §362 and would state as follows:

1. The Debtor filed for Chapter 13 bankruptcy on February 5, 2015.

2. Marble was listed as an unsecured creditor on Schedule F of the bankruptcy petition.

3. Marble had a pending State Court lawsuit against the Debtors.

4. There was a Pre-Trial hearing scheduled before the State Court Judge on February 9, 2015.

5. Whether or not Marble had written notice, actual, or no notice of the filing of the Chapter 13 proceeding, the State Court Judgment was entered in violation of the automatic stay and Marble must vacate said judgment.

6. It is not the entry of the Judgment for which the Debtors are seeking damages against Creditor, Marble.

7. The Debtors are seeking damages against Marble for Marble's continuous and willful

      violation of the automatic stay for the actions of Marble after Marble had actual knowledge of the bankruptcy filing.

8. Since the time of receipt of the paperwork from the Clerk of the Court regarding the filing of the bankruptcy, Marble has subjected the Debtors to various forms of harassment in an attempt to collect monies owed to the Creditor.

9. On February 11, 2015, Marble sent the Debtors a text message that Marble was putting a lien on their house in 2 days time (see attached text message as Exhibit "A").

10. On February 13, 2015, Marble sent the Debtors a text message that a lien was placed on their house and Marble acknowledged the bankruptcy filing. (Attached Exhibit "A")

11. On February 18, 2015, Marble sent the Debtors a threat via text message that they were going to pay for their actions. (Attached Exhibit "A")

12. On February 18, 2015, the office of the undersigned telephoned Marble and spoke to the President, Gary Sussman.

13. The office of the undersigned informed Mr. Sussman that his actions were in violation of the automatic stay.

14. The only purpose of the phone call was to try and explain to Mr. Sussman that his continuous and willful actions were in violation of the bankruptcy code.

15. The office of the undersigned told Mr. Sussman that he needed to cease and desist and we also encouraged Mr. Sussman to hire an attorney.

16. Mr. Sussman verbally mocked the situation and insisted that he was going to continue to try and collect the money and that the Debtors will pay him one way or

another.

17. After the conversation with Debtors' counsel and the previous willful violations of Marble, the undersigned was left no choice but to file the instant Motion.

18. The Debtors request that this court award the amount of $1,500.00 for attorney's fees incurred for the filing and prosecution of this motion.

19. In addition, the Debtors request that this court award actual damages (if incurred) and monetary punitive damages against Marble in the amount of $5,000.00 as a deterrent to Marble from engaging in this type of similar future conduct.

20. Marble should also be compelled to vacate the State Court Judgment immediately.

WHEREFORE, the Debtor(s) pray that this court award attorney's fees, damages and sanctions against Marble, compel the Creditor to Vacate the Judgment and grant the Debtors further relief as appears just and proper.

## CERTIFICATE OF SERVICE

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

I hereby certify that a copy of the foregoing Motion was served in the manner described below, on   February 18, 2015  , upon:

Via CM/ECF:
Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R. Weiner, Trustee
ecf@ch13weiner.com; ecf2@ch13weiner.com

Via US Mail:
Marble House Stone & Design, Inc.
1601 West Copans Road
Pompano Beach, FL 33064

Marble House Stone & Design, Inc.
C/o Gary Sussman (as registered agent)
1167 N. Ocean Blvd.
Unit 106
Hillsboro, FL 33062

*Offices of*
**NOWACK & OLSON, PLLC**
Attorney for Debtor(s)
8180 NW 36th Street, Suite 209
Miami, FL 33166
**(305) 698-2265**

/s/ Christian J. Olson
**CHRISTIAN J. OLSON, ESQ.**
Florida Bar Number: 121436