UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:
Michael Nowack                                           Case No.: 15-12231-PGH
Cheryl Nowack                                            Chapter 13

          Debtor(s).
_____/

**CERTIFICATE OF SERVICE AND
CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1(D)**

I certify that a true copy **Motion to Compel (DE #17) and Notice of Hearing (DE #18)** were

served on February 19, 2015 as follows:


Via CM/ECF:
Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R. Weiner, Trustee
ecf@ch13weiner.com; ecf2@ch13weiner.com

Via US Mail:
Marble House Stone & Design, Inc.
1601 West Copans Road
Pompano Beach, FL 33064

Marble House Stone & Design, Inc.
C/o Gary Sussman (as registered agent)
1167 N. Ocean Blvd.
Unit 106
Hillsboro, FL 33062


*I further certify that I have conferred with opposing counsel in an attempt to resolve these issues without a hearing.*

*Law Offices of*
**NOWACK & OLSON, PLLC**
Attorney for Debtor(s)
8551 Sunrise Blvd, Suite 208
Plantation, FL 33322
**(954) 349-2265**


/s/ Christian J. Olson
**CHRISTIAN J. OLSON, ESQ.**
Florida Bar Number: 121436