UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:
MICHAEL NOWACK                                          Case No.: 15-12231-PGH
CHERYL NOWACK                                           Chapter 13

                Debtor(s).
_____/

## NOTICE OF FILING

COMES NOW, the Debtor(s), MICHAEL & CHERYL NOWACK, by and through the undersigned counsel and gives notice upon all parties, *in accordance with Fed. R. Civ. P. 45*, that the Debtors will serve the following Subpoena to Appear and Testify attached hereto as Exhibit A, directed to the following non-parties:

GARY M. SUSSMAN
1601 West Copans Rd.
Pompano Beach, FL 33064

GARY M. SUSSMAN
1167 N. Ocean Blvd., Unit 106
Hillsboro Beach, FL 33062

GARY M. SUSSMAN
1167 Hillsboro Mile, Unit 106
Hillsboro Beach, FL 33062

GARY M. SUSSMAN
1591 SW 21 Lane
Boca Raton, FL 33486

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing notice was served in the manner described below, on  March 16, 2015 , upon:

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and

I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

<u>Via CM/ECF:</u>

Orfelia M Mayor on behalf of Creditor Palm Beach County Tax Collector
omayor@ombankruptcy.com,
legalservices@pbctax.com;carmen@ombankruptcy.com;cmbk@ombankruptcy.com;omayor@ecf.inforuptcy.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

<u>Via US Mail:</u>
Infiniti Financial Services
P.O. Box 660366
Dallas, TX 75266-0366

*Law Offices of*
**NOWACK & OLSON, PLLC**
Attorney for Debtor(s)
8551 Sunrise Blvd., Suite 208
Plantation, FL 33322
**(954) 349-2265**

/s/ Christian J. Olson
**CHRISTIAN J. OLSON, ESQ.**
Florida Bar Number: 121436