

**ORDERED in the Southern District of Florida on April 3, 2015.**

Paul G. Hyman, Jr.
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

MICHAEL NOWACK
CHERYL NOWACK                                           Case No.: 15-12231-PGH
                                                        Chapter 13

        Debtor(s).
_____/

### AGREED ORDER GRANTING DEBTORS' MOTION TO COMPEL CREDITOR, MARBLE HOUSE STONE & DESIGN, INC. TO VACATE STATE COURT FINAL JUDGMENT AND MOTION FOR SANCTIONS

THIS CAUSE having come before the court on the Debtors' Motion to Compel Creditor, Marble House Stone & Design, Inc., to Vacate State Court Final Judgment and Motion for Sanctions. The parties having agreed and based upon the record, it is **ORDERED** as follows:

1. The Debtors' Motion to Compel Creditor, Marble House Stone & Design, Inc., to Vacate the State Court Final Judgment is Granted.

2. The State Court Judgment, under Case No. 2014-14369-CONO-73 in the County Court of Broward County, Florida, is hereby void and the judgment is extinguished

as the judgment was entered in violation of the automatic stay.

3. The Debtors' Motion for Sanctions is Granted.

4. Within 20 days of the entry of this order Creditor, Marble House Stone & Design, Inc., shall pay attorney's fees in the amount of $1,000.00 to counsel for Debtors, Nowack & Olson, PLLC, and shall send payment to the following address:

> NOWACK & OLSON, PLLC
> 8551 Sunrise Blvd., Suite 208
> Plantation, FL 33322

###

Submitted by:
NOWACK & OLSON, PLLC
8551 Sunrise Blvd., Suite 208
Plantation, FL 33322
(954) 349-2265

Copies furnished to:
Counsel for Movant is directed to serve a conformed copy of this Order to all creditors and interested parties immediately upon receipt thereof and file a Certificate of Service.